**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 2, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30198
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO VAZQUEZ-GUTIERREZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:04-CR-20030-1
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

Antonio Vazquez-Gutierrez appeals from his bench-verdict conviction for conspiracy to possess with intent to distribute marijuana. He argues that the evidence produced at trial was insufficient to prove his knowing participation in the conspiracy. Vazquez-Gutierrez specifically refutes several of the bases the district court relied upon when issuing the guilty verdict.

After viewing the evidence in the light most favorable to the Government and deferring to all reasonable inferences drawn

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

by the trial court, the district court's finding of guilt is supported by substantial evidence.  See United States v. Turner, 319 F.3d 716, 720-21 (5th Cir. 2003).  Accordingly, the district court's judgment is AFFIRMED.